UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT KAYWOOD, | No. 2:24-cv-00931-DJC-SCR |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| DAVID KILGORE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). This action commenced on March 25, 2024, when Plaintiff filed a complaint and motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 & 2. On September 18, 2024, this Court entered an Order granting the motion to proceed IFP and screening the complaint. ECF No. 4. The Court explained that the complaint failed to comply with Federal Rule of Civil Procedure 8 and did not set forth a basis for federal subject matter jurisdiction. The Order further stated that if Plaintiff was attempting to challenge a state court award of child support, this Court would lack jurisdiction to review it under the *Rooker-Feldman* doctrine. ECF No. 4 at 5. The Court directed Plaintiff to file an amended complaint within 30 days to address the deficiencies.

An amended complaint was due by October 18, 2024. Plaintiff did not file an amended complaint. Instead, on October 16, 2024, Plaintiff filed a motion for leave to file documents

electronically (ECF No. 5) and a motion for summary judgment (ECF No. 6).  The motion for summary judgment is premature as Plaintiff's complaint fails to state a claim or set forth a basis for the court's jurisdiction.  Accordingly,

**IT IS HEREBY ORDERED that Plaintiff shall show cause, in writing, within 14 days**, why this Court should not recommend that this case be dismissed for lack of federal subject matter jurisdiction and/or failure to state a claim.  Plaintiff may respond by filing an amended complaint that addresses the deficiencies set forth in the Court's prior Order (ECF No. 4).  **If Plaintiff fails to file an amended complaint, the Court will recommend that the action be dismissed.**

The Court will defer taking action on Plaintiff's motions (ECF Nos. 5 & 6) until he has complied with this order to show cause.

SO ORDERED.

DATED: October 29, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE