UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT KAYWOOD,<br><br>              Plaintiff,<br><br>       v.<br><br>DAVID KILGORE, et al.,<br><br>              Defendants. | No.  2:24-cv-0931 DJC SCR<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 27, 2024 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  ECF No. 9.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 27, 2024, are adopted in full; and

1

2. Plaintiff's First Amended Complaint (ECF No. 6) is dismissed pursuant to 28 U.S.C. § 1915(e)(2) without further leave to amend, and to the extent Plaintiff seeks summary judgment (ECF No. 6) that motion is DENIED;

3. Plaintiff's motion for leave to file electronically (ECF No. 5) is DENIED as rendered moot by the dismissal of this action; and

4. The Clerk is directed to close this file.

IT IS SO ORDERED.

Dated:  **February 21, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Kayw0931.800

2